Mattina v Alfieri (2025 NY Slip Op 05413)

Mattina v Alfieri

2025 NY Slip Op 05413

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: BANNISTER, J.P., MONTOUR, NOWAK, DELCONTE, AND KEANE, JJ.

749 CA 24-01885

[*1]GABRIELLE A. MATTINA, PLAINTIFF-APPELLANT,
v
JAMES S. ALFIERI AND AMY FRANCES MILLARD, CO-ADMINISTRATORS OF THE ESTATE OF JAMES J.B. ALFIERI, DECEASED, DEFENDANTS-RESPONDENTS. 

LAW OFFICE OF JOSEPH G. MAKOWSKI, BUFFALO (JOSEPH G. MAKOWSKI OF COUNSEL), FOR PLAINTIFF-APPELLANT.
WEBSTER SZANYI LLP, BUFFALO (ANDREW O. MILLER OF COUNSEL), FOR DEFENDANTS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Erie County (Raymond W. Walter, J.), entered April 29, 2024, in a postjudgment matrimonial proceeding. The order, inter alia, granted that part of the motion of defendants for summary judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: October 3, 2025
Ann Dillon Flynn
Clerk of the Court